ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 10:33 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00121-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 10:33:29 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS

**Hays County, Texas, Ruben Becerra,
Debbie Ingalsbe, Michelle Cohen, Morgan Hammer,
and Walt Smith, in their official capacities,**
*Appellants*

**v.**

**Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore,**
*Appellees*

---

Appeal from the 126th Judicial District Court
of Travis County, Texas; Cause No. D-1-GN-25-002049

---

## NOTICE OF APPELLANTS' COUNSEL
## PRESENTING ORAL ARGUMENT

Michael Shaunessy
State Bar No. 18134550
Ian Davis
State Bar No. 24120793
**MCGINNIS LOCHRIDGE LLP**
1111 W. 6th St., Ste. 400
Austin, Texas 78703
(512) 495-6000
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com

C. Robert Heath
State Bar No. 09347500
**BICKERSTAFF HEATH DELGADO
ACOSTA LLP**
1601 S. MoPac Expressway
Suite C400
Austin, Texas 78746
(512) 472-8021
bheath@bickerstaff.com

*Attorneys for Appellants*

Appellants respectfully notify the Court that C. Robert Heath, Texas Bar No. 09347500, will present oral argument for Appellants before the Court on January 21, 2026, at 1:30 p.m.

Respectfully submitted,


By: /s/ *Michael Shaunessy*

Michael Shaunessy
State Bar No. 18134550
Ian Davis
State Bar No. 24120793
**MCGINNIS LOCHRIDGE LLP**
1111 W. 6th St., Ste. 400
Austin, Texas 78703
(512) 495-6000
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com


By: /s/ *C. Robert Heath*

C. Robert Heath
State Bar No. 09347500
**BICKERSTAFF HEATH DELGADO ACOSTA LLP**
1601 S. MoPac Expressway
Suite C400
Austin, Texas 78746
(512) 472-8021
bheath@bickerstaff.com


*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, a true and correct copy of the above and foregoing pleading was served on all counsel of record by the Electronic Service Provider if registered, otherwise by email, as follows:

Bill Aleshire
  bill@aleshirelaw.com
**ALESHIRELAW, PC**
3605 Shady Valley Drive
Austin, Texas 78739


William G. Bunch
  bill@sosalliance.org
Robert Levinski
  bobby@sosalliance.org
**SAVE OUR SPRINGS ALLIANCE**
4701 Westgate Blvd, Ste. D-401
Austin, Texas 78745

*Attorneys for Appellees*

Lynn Saarinen, Assistant
Attorney General
  Lynn.saarinen@oag.texas.gov
**ATTORNEY GENERAL OF TEXAS**
**FINANCIAL LITIGATION**
**SECTION, GENERAL LITIGATION**
**DIVISION**
MC-017
P.O. Box 12548
Austin, Texas 78711

*Attorney for the Attorney*
*General of the State of Texas*

*/s/ Michael Shaunessy*
Michael Shaunessy

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109857956
Filing Code Description: Other Document
Filing Description: Notice of Appellants' Counsel Presenting Oral Argument
Status as of 1/9/2026 10:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Claude Heath | 9347500 | bheath@bickerstaff.com | 1/9/2026 10:33:29 AM | SENT |
| Ian M.Davis | | idavis@mcginnislaw.com | 1/9/2026 10:33:29 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 1/9/2026 10:33:29 AM | SENT |
| Michael Shaunessy | | mshaunessy@mcginnislaw.com | 1/9/2026 10:33:29 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 1/9/2026 10:33:29 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 1/9/2026 10:33:29 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 1/9/2026 10:33:29 AM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 1/9/2026 10:33:29 AM | SENT |
| Bill Bunch | | bill@sosalliance.org | 1/9/2026 10:33:29 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 1/9/2026 10:33:29 AM | ERROR |
| Bobby Levinski | | bobby@sosalliance.org | 1/9/2026 10:33:29 AM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 1/9/2026 10:33:29 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 1/9/2026 10:33:29 AM | SENT |
| Rosemarie Kanusky | | rkanusky@mphlegal.com | 1/9/2026 10:33:29 AM | SENT |
| Matthew PhilipHines | | mhines@mphlegal.com | 1/9/2026 10:33:29 AM | SENT |